| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) FELDMAN, MARTIN L.C. | 2. Court or Organization EASTERN DISTRICT OF LOUISIANA | 3. Date of Report 10/26/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 500 POYDRAS STREET, Rm. 555 NEW ORLEANS, LA 70130-3313 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/07/2015 | Rollover IRA Distriubtion | $675.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 10/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 2. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3. FHLMC #1505 CL-Q, ▓ | A | Interest | | | Sold | 01/15/15 | J | A | |
| 4. Senior Housing Properties ▓ | A | Dividend | J | T | | | | | |
| 5. NexPoint Credit Strategies X | A | Dividend | J | T | Sold (part) | 10/15/15 | J | | |
| 6. Equity Commonweath Com. Sh Ben.Int. | A | Int./Div. | K | T | | | | | |
| 7. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 8. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 9. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 10. FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 11. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 12. Alliance Bernstein, ▓ | A | Dividend | J | T | | | | | |
| 13. FNMA #1990-78 CL-J, ▓ | B | Interest | J | T | | | | | |
| 14. Citigroup | A | Dividend | J | T | | | | | |
| 15. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 16. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 17. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 19. Archer, Ltd X | A | Dividend | J | T | | | | | |
| 20. Bank of America | A | Dividend | J | T | | | | | |
| 21. RAIT Financial Trust - ▇ | A | Int./Div. | J | T | | | | | |
| 22. Chase Bank | A | Interest | K | T | | | | | |
| 23. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 24. FNMA1993-82H, ▇ | A | Interest | J | T | | | | | |
| 25. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 26. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 27. Enterprise Product Partners LP | A | Distribution | | | Sold | 07/20/15 | J | D | |
| 28. Energy Transfer Equity (X) | A | Distribution | J | T | Open | 07/27/15 | J | | |
| 29. | | | | | Buy | 12/24/15 | J | | |
| 30. Triangle Capital Corporation | B | Dividend | K | T | | | | | |
| 31. Blackrock Enhanced Equity Trust | A | Dividend | J | T | | | | | |
| 32. Five Star Quality Care | A | Dividend | J | T | | | | | |
| 33. Quicksilver Resources ▇ | A | Dividend | J | T | | | | | |
| 34. Frontier Communications | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 36. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 37. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 38. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |
| 39. Medical Properties Trust Inc. | B | Dividend | J | T | | | | | |
| 40. GNMA CMO SERIES 2011-21 BA | A | Interest | J | T | | | | | |
| 41. Fidus Investment Corporation | A | Dividend | J | T | | | | | |
| 42. Blackrock Corporate High Yield Fund VI | A | Dividend | | | Sold | 09/28/15 | J | | |
| 43. Nuveen Preferred Income | A | Dividend | J | T | | | | | |
| 44. Lexington Corporate Properties Trust REIT 0403 | A | Dividend | | | Sold | 06/08/15 | J | B | |
| 45. Aegon NV 8% Note | A | Interest | J | T | | | | | |
| 46. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 47. FHLMC CMO 3997 BE - | A | Interest | | | Sold | 08/17/15 | J | | |
| 48. FNMA CMO 2012-152 TA | A | Interest | J | T | | | | | |
| 49. Walgreens Boots Alliance Inc., | A | Dividend | | | Sold | 02/19/15 | J | C | |
| 50. Spyglass Res Corporation | A | Dividend | J | T | | | | | |
| 51. Fifth Street Finance Corp. | A | Int./Div. | | | Sold | 12/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eagle Class-JPMorgan Prime MM ▓ | A | Int./Div. | J | T | | | | | |
| 53. Raymond James Bank Deposit Program, IRA | A | Dividend | J | T | | | | | |
| 54. ABBVIE, Inc. | A | Dividend | | | Sold | 09/28/15 | J | | |
| 55. Abbott Labs | A | Dividend | | | Buy (add'l) | 09/16/15 | J | | |
| 56. | | | | | Sold (part) | 11/13/15 | J | A | |
| 57. | | | | | Sold | 12/16/15 | J | B | |
| 58. Baxter Intl. Inc. | A | Dividend | | | Sold | 02/19/15 | K | | |
| 59. Fifth Street Finance | A | Dividend | J | T | | | | | |
| 60. Blackstone Group LP | A | Distribution | J | T | Sold (part) | 06/25/15 | J | C | |
| 61. Campus Crest Comntys. Inc. REIT | A | Distribution | | | Sold | 07/20/15 | J | | |
| 62. GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 63. Sabra Healthcare REIT | A | Dividend | J | T | Sold (part) | 12/30/15 | J | | |
| 64. Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 65. GNMA 2013-103 | A | Interest | | | Sold | 05/20/15 | J | A | |
| 66. Crestwood Equity Partners LP | A | Distribution | J | T | Sold (part) | 10/13/15 | J | | |
| 67. | | | | | Sold (part) | 12/15/15 | J | | |
| 68. Crestwood Midstream Partners LP | A | Distribution | | | Merged (with line 66) | 10/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fannie Mae 8.25% Pfd. ▮ | A | Int./Div. | J | T | | | | | |
| 70. Omega Healthcare Invs. Inc. REIT | A | Dividend | | | Sold | 04/10/15 | J | B | |
| 71. | | | | | Sold | 09/18/15 | J | A | |
| 72. KKR & Company LP | A | Distribution | J | T | | | | | |
| 73. Memorial Production Partners LP | A | Distribution | J | T | | | | | |
| 74. Alcentra CAP Corp. | A | Dividend | J | T | | | | | |
| 75. Monmouth Real Estate Inv. Corp. Class A REIT | A | Dividend | | | Sold | 09/28/15 | J | | |
| 76. GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | | | | | |
| 77. FNMA Remic Trust 2014-49 PU 3.0% | A | Interest | J | T | | | | | |
| 78. Brookfield High Income Fund Inc. | A | Dividend | J | T | | | | | |
| 79. General Electric Company | A | Dividend | | | Sold | 11/24/15 | J | B | |
| 80. Blackrock Muni Income TR II | A | Int./Div. | J | T | | | | | |
| 81. Apartment Invt. & Management Company Class A REIT | A | Dividend | | | Sold | 01/30/15 | K | B | |
| 82. Stellus Capital Invt. Corporation | A | Dividend | J | T | Buy (add'l) | 03/26/15 | J | | |
| 83. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 84. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 85. HCP Inc. REIT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Agree Realty Corporation | A | Dividend | | | Sold | 03/26/15 | J | A | |
| 87. Alcentra Cap. Corporation | A | Dividend | J | T | | | | | |
| 88. Eagle Class-JPMorgan Prime MM▮ | A | Dividend | J | T | | | | | |
| 89. Two HBRS Invt. Corporation REIT▮ | A | Dividend | K | T | | | | | |
| 90. Sandridge Permian Tr. Com. Unit Ben. Int.#0403 | A | Distribution | J | T | | | | | |
| 91. Babson Cap Glb. DURHGH Yield▮ | A | Dividend | K | T | | | | | |
| 92. Brookfield Mtge Opp. Income Fund▮ | A | Dividend | | | Sold | 02/10/15 | J | | |
| 93. HCP Inc. REIT▮ | A | Dividend | | | Buy (add'l) | 06/18/15 | J | | |
| 94. | | | | | Sold | 09/18/15 | K | | |
| 95. Huntington Bancshares Inc. | A | Dividend | J | T | | | | | |
| 96. Carlyle Group LP | A | Distribution | J | T | Buy | 01/28/15 | J | | |
| 97. Discovery Communications | A | Dividend | | | Buy | 02/26/15 | J | | |
| 98. | | | | | Sold | 07/20/15 | J | | |
| 99. Oneok Partners LP | A | Distribution | J | T | Buy | 04/15/15 | J | | |
| 100. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 101. Manulife Financial Corporation | A | Dividend | J | T | Buy | 05/11/15 | J | | |
| 102. | | | | | Sold (part) | 08/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 11/13/15 | J | | |
| 104. Ashtead Group PLC | A | Dividend | | | Buy | 07/08/15 | J | | |
| 105. | | | | | Sold | 09/11/15 | J | | |
| 106. Cohen & Steers Quality Rlty Fd | A | Dividend | J | T | Buy | 10/27/15 | J | | |
| 107. GNMA Remic Trust 2015-144 KQ | A | Interest | J | T | Buy | 10/30/15 | K | | |
| 108. Merck & Company Inc. | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 109. Iron Mountain Inc. New REIT | A | Dividend | | | Buy | 01/30/15 | J | | |
| 110. | | | | | Sold | 04/09/15 | J | | |
| 111. Nexpoint Residential Tr. Inc. | A | Dividend | J | T | Open | 04/01/15 | J | | |
| 112. | | | | | Sold (part) | 04/08/15 | J | A | |
| 113. Verizon Communications | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 114. Fortress Investment Group ▓ | A | Dividend | J | T | Buy | 06/16/15 | J | | |
| 115. Fortress Trans Infr. INvs LLC ▓ | A | Distribution | J | T | Buy | 11/10/15 | J | | |
| 116. Verizon Communications ▓ | A | Dividend | | | Buy | 01/07/15 | J | | |
| 117. | | | | | Sold | 06/19/15 | J | | |
| 118. General Electric ▓ | A | Dividend | | | Buy | 02/27/15 | J | | |
| 119. | | | | | Sold | 06/18/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Emerson Electric ▊ | A | Dividend | | | Buy | 02/27/15 | J | | |
| 121. | | | | | Sold | 06/29/15 | J | | |
| 122. Weyerhaeuser Company REIT | A | Dividend | | | Buy | 08/07/15 | J | | |
| 123. | | | | | Sold | 09/28/15 | J | | |
| 124. ITC Holdings Corporation | A | Dividend | | | Buy | 08/05/15 | J | | |
| 125. | | | | | Sold | 11/05/15 | J | | |
| 126. Agree Realty Corp. REIT ▊ | A | Distribution | | | Buy | 10/23/15 | J | | |
| 127. | | | | | Sold | 11/05/15 | J | A | |
| 128. Carlyle Group LP ▊ | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 129. RMR Group Inc. Class A ▊ | A | Dividend | | | Open | 12/15/15 | J | | |
| 130. | | | | | Sold | 12/22/15 | J | A | |
| 131. Swift Transn Company Cl A ▊ | A | Dividend | J | T | Buy | 10/15/15 | J | | |
| 132. GNMA 3.0% due 12/20/2045 | A | Interest | J | T | Buy | 12/23/15 | J | | |
| 133. FHLMC Remic Ser. 4419 PD 3% | A | Interest | J | T | Buy | 01/02/15 | J | | |
| 134. Lazard Limited SHS A | A | Dividend | J | T | Buy | 10/14/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 10/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 31 - There was a transfer in of an additional 300 units received as a distribution from the limited partnership.

Lines 113 - The REIT was received as a distribution from Nexpoint Strategies Fund and fractional share were sold.

Line 59 - Sold some in 2014 in 2 lots and some remained. Showed last sale as final in 2014 incorrectly.

Line 19 - Old shares transferred out and new shares in. No fractions.

Line 5 - Old shares transferred out and new shares in. Fractional shares received cash for. This occurred in two different investment accoutns holding the same investment.

Line 133 - Received as distribution from Senior Housing Properties and fraction sold. No other shares in the account @ 12/31/2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARTIN L.C. FELDMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544